PROB 12B
(7/93)

Report Date: September 14, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 21 2010

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gerald Lee Belt     Case Number: 2:04CR00258-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 9/6/2005     Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)     Date Supervision Commenced: 12/4/2009

Original Sentence: Prison - 57 Months; TSR - 36 Months     Date Supervision Expires: 12/3/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22  You shall submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

## CAUSE

Due to the rapidly changing electronic devices being released to the market, the above-listed search condition is being sought by the Court. Mr. Belt understands the rationale behind this added condition. The offender agrees to abide by this additional special condition without benefit of a court hearing.

The offender reported to Ed Averett's office on September 2, 1010, as instructed. This officer was also present. He was advised that his conditions of supervision would be modified to address risk factors related to the Internet. Additionally, his daughter will need to sign a third party risk notification as it relates to his request to have contact with his grandson.

Mr. Belt reported to the U.S. Probation Office as instructed on September 14, 2010. He agreed to the added special search condition as outlined in the "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision." He understands the rationale behind this added condition.

Case 2:04-cr-00258-FVS   Document 39   Filed 09/21/10

Prob 12B
**Re: Belt, Gerald Lee**
**September 14, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/14/2010

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

September 21, 2010
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22    You shall submit yourself, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Witness: _____    Signed: _____
             Brenda J. Kuest                    Gerald Lee Belt
            U.S. Probation Officer            Probationer or Supervised Releasee

                                 9-14-10
                                  Date